# MINUTE ORDER

Page 8

## Magistrate Judge Lisette Marie Reid

**Atkins Building Courthouse - 3rd Floor**   Date: 11/26/24   Time: 1:00 p.m.

Defendant: Elvis Nathaniel Curtis   J#: 13944-506   Case #: 24-MJ-4473-REID

AUSA: Edward Stamm   Attorney: Srilekha Jayanthi; AFPD

Violation: SD NY/WARRANT/INDICTMENT/COCAINE IMPORTATION CONSPIRACY/FIREARMS USE/FIREARMS CONSPIRACY   Surr/Arrest Date: 11/25/24   YOB: 1973

Proceeding: Initial Appearance   CJA Appt:

Bond/PTD Held: ☐ Yes ☐ No   Recommended Bond:

Bond Set at: **Pretrial Detention**   Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
- ☐ Random urine testing by Pretrial Services / Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses, except through counsel
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to:
- ☐ Other:

Language: English

**Disposition:**
Defendant sworn, advised of his rights and charges. **Defense Ore Tenus Motion to Appoint Counsel.** -GRANTED-. The Court appointed AFPD for purposes of Removal proceedings only. **Government Ore Tenus Motion for Pretrial Detention** -GRANTED-. Defendant ordered detained based on risk of flight and danger to the community. No hearing held. Waiver of removal executed in open court. Defendant ordered removed to the Southern District of New York.

Time from today to ___ excluded from Speedy Trial Clock

**NEXT COURT APPEARANCE**   Date:   Time:   Judge:   Place:

Report RE Counsel:
PTD/Bond Hearing:
Prelim/Arraign or Removal:
Status Conference RE:

D.A.R. **14:02:31; 14:13:44; 14:45:51; 14:50:45**   Time in Court: **22 mins**

s/Lisette Marie Reid   Magistrate Judge